JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK,<br>Plaintiff,<br>v.<br>WIRELESS PARTNERS, LLC,<br>Defendant. | Case No. 8:26-cv-01329-FWS-JDE<br><br>**JUDGMENT** |

///

///

///

On August 17, 2026, the court granted Plaintiff Ameris Bank's Motion for Default Judgment against Defendant Wireless Partners, LLC. Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendant in the total amount of **$129,865.72**, which represents the sum of $118,665.97 in compensatory damages, $4,681.44 in prejudgment interest, $5,973.31 in attorney fees, and $545.00 in costs.

**IT IS SO ORDERED**.

Dated: August 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE